IN THE DISTRICT COURT OF THE UNITED STATES FOR THE 

 MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION 

HASALEE MIMS, ) 
 ) 
 Plaintiff, ) 
 ) CIVIL ACTION NO. 
 v. ) 2:19cv499-MHT 
 ) (WO) 
THE UNITED STATES, et al., ) 
 ) 
 Defendants. ) 

 OPINION 
 Pursuant to 42 U.S.C. § 1983 and Bivens v. Six 
Unknown Named Agents of Federal Bureau of Narcotics, 
403 U.S. 388 (1971), plaintiff, a state prisoner, filed 
this lawsuit contending that “Megan’s Crime Law” 
violates the constitutional rights of people convicted 
of sex offenses. This lawsuit is now before the court 
on the recommendation of the United States Magistrate 
Judge that plaintiff’s case be dismissed. Also before 
the court are plaintiff’s objections to the 
recommendation. After an independent and de novo 
review of the record, the court concludes that the 
objections should be overruled and the magistrate 
judge’s recommendation adopted. 

 An appropriate judgment will be entered. 
 DONE, this the 16th day of October, 2019. 

 /s/ Myron H. Thompson 
 UNITED STATES DISTRICT JUDGE